## Commonwealth *v.* Browning and Pharo, Appellants.

Argued December 6, 1920. Appeal, No. 215, Oct. T., 1920, by defendants, from judgment of C. P. Delaware County, June T., 1919, No. 589, on certiorari to judgment of justice of the peace in the case of the Commonwealth of Pennsylvania v. Edward Browning and Louise Pharo.    Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ.    Affirmed.

156 COMMONWEALTH *v.* BROWNING AND PHARO.

Statement of Facts—Opinion of the Court. [76 Pa. Superior Ct.

Certiorari from judgment of justice of the peace. Before BROOMALL, J.

The court below made the following order, from which Commonwealth appealed:

By the return of the magistrate in the above case, it appears that the magistrate did not convict the defendants or find them guilty of the offense charged; neither did they plead guilty to the commission of the offense. It therefore follows that the magistrate had no authority to impose a fine.

Therefore, we make the following order:

The exceptions are dismissed save the ninth exception, which is sustained, and the record of the magistrate is quashed.

*Error assigned* was the order of the court.

*E. Wallace Chadwick,* and with him *William I. Schaffer* and *Arthur L. Reeser* and *William J. McCarter, Jr.,* Assistant District Attorney, for appellant.

*Howard M. Lutz,* for appellee.

OPINION BY TREXLER, J., March 5, 1921:

For the reasons set forth in opinion heretofore filed in the Township of Haverford v. William Armstrong et al., No. 214, October Term, 1920, the judgment of the court is reversed, and the record remanded with instructions that the writ of certiorari be quashed. Appellees for costs.